# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Dominique Deleano Harris

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Carmazzi Global Solutions

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

_____/

Case No.: 4:19 CV 320 MW/CAS
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES ☒ NO

FILED USDC FLND TL
JUL 12 '19 PM12:55

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Dominique Deleano Harris

   Address: 314 Kux Ave

   City, State, and Zip Code: Tallahassee, FL 32301

   Telephone: 850 559 3250 *(Home)*   850 559 3250 *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: _____

   Name of Employer *(if relevant):* Carmazzi Global Solutions

   Address: 1026 Florin Road  # 384

   City, State, and Zip Code: Sacremento, CA 95831

2. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

3. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction.  Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties.  A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331.  A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Question          ☑ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the

United States Constitution that are at issue in this case: _____

_____

_____

_____

_____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

a. Plaintiff is an individual and a citizen of: United States

b. If any Plaintiff is a business or corporation, list the State where the

business is incorporated _____ or has its principal

place of business: _____

_____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional*

*Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* Carmazzi Global Solutions

         is a citizen of *(State)* California

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of

      incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☑ Yes    ☐ No

If yes, identify prior case #: *18SC03786* Date: *9/27/2018*

Court: *Superior Court of California*

Defendant: *Dominique D. Harris*

Judge: *unknown*

Result: *Problems locating to be served*

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim.   Do not make legal arguments or quote from cases.   State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law.   Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident.   If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged.   Attach no more than two (2) additional pages to state your claim.

*" See Attached Statement"*

"*See Attached Statement*"

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. _____

_____

_____

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

GSA Contract #GS-10F-0504X

(https://www.facebook.com/CarmazziGlobalSolutions)

(https://twitter.com/carmazziglobal)

(https://www.linkedin.com/company/210897)



(HTTP://WWW.CARMAZZI.COM/)



≡



## We Know Government

Learn about our expertise supporting government clients.
(http://www.carmazzi.com/who-we-serve/government/)

## STATEMENT OF CLAIM

### Dominique Harris vs. Carmazzi Solutions

Carmazzi Global Solutions hired me as a VHR to perform hearings in Tallahassee, Florida at Social Security Administration Disability Office.  My employment with them started in May of 2018.  The company agreed to pay me for services but yet, as of today, I have only received $173.40 on 06/14/2018.  After receiving the 173.40, my emails and phone calls were ignored.  There was no direct number for accounts payable, we were told to email communicating to accounts payable.  However, my emails were ignored with accounts payable also.  Meanwhile, I uploaded a resignation letter to Tabitha Richard, Specialist Assistant.  Shortly after sending resignation letter, an email from Tabitha was received reminding me to turn in my badge on my last day.  However, I transferred over to Business Support Services effective 07/03/2018.

Before submitting resignation letter I realized that they still owed me a total of $1512.64.  Other VHR's had quit working for them due to non-payment.  However, I kept working and trusting that I would get paid.  Due to non communication in emails and avoided calls, I decided to resign.  Then, on 10/16/2018, letters were emailed to all VHRs stating that Social Security Administration did not take care of their responsibilities.  Included in this letter was an apology for SSA's conduct and how it has negatively affected us.  They wanted all VHRs to consider assisting CGS with their case against SSA in the Civilian Board of Contract Appeals.

Furthermore, I searched the court systems in Sacramento California to file civil case against them.  Based on their address, the Superior Court of California took the case providing I have them served.  Therefore, I contacted Legal Document Assistant to help me locate the company.  In order for them to assist me, fees were required to be paid.  The 1st attempt for $57.50 was at the address on file, but it ended up being an UPS Store.  For the 2nd attempt, required an additional $27.50, but then this attempt was also unsuccessful.  At this point, I had demolished all funds and could not pay Legal Document Assistant any more.  A total of $85.00 for both attempts was unsuccessful.  I am asking for $1516.64 plus $85.00 and an additional $1597.64 for hardships, mental and emotional stress.  This situation has caused a severe financial hardship on my financial obligations, car repairs and home repairs needed.  The total amount of payment that I am requesting is $3,199.28

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 7/11/19   Plaintiff's Signature: _Dominique Deleano Harris_

Printed Name of Plaintiff: _Dominique Deleano Harris_

Address: _314 Kux Ave_

_Tallahassee, Florida 32301_

E-Mail Address: _d.hall098865@gmail.com_

Telephone Number: _(850) 559 3250_

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

# Carmazzi Letter to Appeal

10/16/18

Dear VHRs,

We are reaching out to update you on the status of CGS's efforts to resolve our dispute with the SSA. As of February 2018, the SSA had only paid CGS 58% of the total monies owed to us.  This amounted to a deficit of $254,304.60. CGS has filed 15 appeals against the SSA and plans to file more as we enter litigation. Our attorneys believe we have a strong case against the SSA, and we hope to be able to resolve this dispute within the next few months.

Unfortunately, the SSA has not taken responsibility for their conduct and is refusing to meet with us to come to a reasonable solution. The damage caused to CGS's business by SSA's non-payment has been crippling and impacted every aspect of our business, from recruiting to scheduling. We gambled everything to see these SSA contracts succeed, and we are at risk of losing it all. In our 20+ years of business, we have never encountered such difficulty with a Federal government agency.

We want to apologize to you for any ways in which SSA's conduct has negatively affected you and assure you that we are doing everything in our power to quickly and fairly resolve our dispute with the SSA. We hope that you will consider assisting CGS with our cases in the Civilian Board of Contract Appeals against the SSA.

Respectfully,

Carmazzi Global Solutions

# Superior Court of California

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number and Address):<br><br>**HARRIS, DOMINIQUE D**<br>314 KUX AVENUE<br>TALLAHASSEE, FL 32301 | TELEPHONE NO:<br>(850) 559-3250 | FOR COURT USE ONLY<br><br>**ELECTRONICALLY**<br>**FILED/ENDORSED**<br>Superior Court of California<br>County of Sacramento<br>Small Claims Division<br>By: A. PARMLEY<br>On: 09/27/2018 02:10 PM |
| --- | --- | --- |
| COURT:<br>Superior Court of California, County of Sacramento<br>Small Claims Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701 - (916) 875-7746 | | |
| CASE TITLE:<br>DOMINIQUE D HARRIS vs. CARMAZZI GLOBAL SOLUTIONS | | |

| ORDER DETERMINING REQUEST FOR TELEPHONIC APPEARANCE | CASE NUMBER:<br>**18SC03786** |
| --- | --- |

DOMINIQUE D HARRIS
314 KUX AVENUE
TALLAHASSEE, FL 32301

The Court, having considered the Request for Telephonic Appearance, and any other supporting documentation, filed by DOMINIQUE D HARRIS on September 25, 2018, rules as follows:

It is ordered that the application is GRANTED.

The applicant must immediately provide the Clerk's office with a phone number (including area code) to be used on the day of the hearing. The phone number for the Clerk's office is (916) 875-7746. If a morning hearing is scheduled, the applicant must be available by phone 8:15 a.m. to Noon Pacific Standard Time. For an afternoon hearing, the applicant must be available by phone from 1:30 p.m. to 5:00 p.m. Pacific Standard Time. If the applicant is not available, it will be deemed a failure to appear for the hearing. Any cost associated for the call shall be the responsibility of the applicant.

If the applicant would like the Court to consider any documents or exhibits at the hearing, they must be submitted to the Court prior to the hearing with identical copies mailed to the opposing party with proof of service of mailing to the opposing party.

**IT IS SO ORDERED.**

Date: September 27, 2018        _____
                                            (Signed Electronically /s/)
                                                       Judge D. OROS

| COURT:<br>Superior Court of California, County of Sacramento<br>Small Claims Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701  -  (916) 875-7746 | FOR COURT USE ONLY |
|---|---|
| CASE TITLE:<br>DOMINIQUE D HARRIS vs. CARMAZZI GLOBAL SOLUTIONS | |
| **CLERK'S CERTIFICATE OF MAILING** | CASE NUMBER:<br>**18SC03786** |

DOMINIQUE D HARRIS
314 KUX AVENUE
TALLAHASSEE, FL 32301

I certify that I am not a party to this cause and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed to Plaintiff DOMINIQUE D HARRIS, at 314 KUX AVENUE, TALLAHASSEE, FL 32301, and that the mailing of the foregoing and execution of this certificate occurred at Sacramento, California,

Date: September 28, 2018          Lloyd Connelly, Clerk, by    (Signed Electronically /s/)   , Deputy.

A. PARMLEY, Deputy Clerk

---

(SEAL)

**CLERK'S CERTIFICATE**

I certify that the foregoing is a true and correct copy of the original on file in my office.

Date: _____

Lloyd Connelly, Clerk, by _____, Deputy.

---

**CLERK'S CERTIFICATE OF MAILING**

**CIV-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | |
|---|---|---|
| NAME: Dominique D. Harris | | |
| FIRM NAME: Individual | | |
| STREET ADDRESS: 314 Kux Avenue | | |
| CITY: Tallahassee | STATE: FL | ZIP CODE: 32301 |
| TELEPHONE NO.: 850-559-3250 | FAX NO. (if available): | |
| E-MAIL ADDRESS (if available): d.hall098855@gmail.com | | |
| ATTORNEY FOR (name): | | |

**FILED/ENDORSED**

**SEP 2 5 2018**

By K. Leon, Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO**
STREET ADDRESS: 301 Bicentennial Circle
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95826-2701
BRANCH NAME: Small Claims Division

PLAINTIFF/PETITIONER: Dominique D. Harris
DEFENDANT/RESPONDENT: Carmazzi Global Solutions

| **NOTICE OF INTENT TO APPEAR BY TELEPHONE** | CASE NUMBER: 18SC03786 |
|---|---|

1. Party intending to appear by telephone is

   [X]  Plaintiff/Petitioner (name): Dominique D. Harris

   [ ]  Defendant/Respondent (name):

   [ ]  Other (name):

2. The conference, hearing, or proceeding is for (describe):
   To receive unpaid funds for services provided for Carmazzi Global Solutions

   set on (date): 10/25/2018        at (time): 1:30PM        in (department): 86

   before (name of judicial officer, if known):

Date: 09/19/2018

Dominique Harris

_____                    ▶ _Dominique Harris_
(TYPE OR PRINT NAME)                                                    (SIGNATURE)

> See Code of Civil Procedure section 367.5 and California Rules of Court, rule 3.670 to determine if a conference, hearing, or proceeding is one generally considered appropriate for telephone appearance. Note that a court may determine on a hearing-by-hearing basis that a personal appearance is required. (Code Civ. Proc., § 367.5(c).)
>
> This form is intended only to provide written notice to a court and parties as provided in rule 3.670(h) of the California Rules of Court. **Check with the court to determine how to make arrangements for telephone services for an appearance either directly with the court or through a court-appointed vendor.**
>
> Read California Rules of Court, rule 3.670(h) to determine when you have to file and serve notice of the intent to appear by telephone. There are different deadlines depending upon the circumstances:
>
> (1)  On a regularly noticed hearing, notice must be given at least two court days before the appearance (Cal. Rules of Court, rule 3.670(h)(1)(B)) or, after receiving notice that another party will be appearing telephonically, by noon on the court day before the appearance (Cal. Rules of Court, rule 3.670(h)(2)).
>
> (2)  On an ex parte application, notice must be given by an applicant by 10:00 a.m. two court days before the hearing (Cal. Rules of Court, rule 3.670(h)(3)(B)). Any party other than an applicant may give notice by 2:00 p.m. or the "close of business" (as that term is defined in rule 2.251) whichever is earlier, on the court day before an ex parte appearance. (Cal. Rules of Court, rule 3.670(h)(4).)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
CIV-020 [Rev. January 1, 2016]

**NOTICE OF INTENT TO APPEAR BY TELEPHONE**

Code of Civil Procedure, § 367.5;
Cal. Rules of Court, rule 3.670

CIV-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | |
|---|---|---|

NAME: Dominique D. Harris
FIRM NAME: Individual
STREET ADDRESS: 314 Kux Avenue
CITY: Tallahassee          STATE: FL     ZIP CODE: 32301
TELEPHONE NO.: 850-559-3250     FAX NO. (if available):
E-MAIL ADDRESS (if available): d.hall098855@gmail.com
ATTORNEY FOR (name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO**
STREET ADDRESS: 301 Bicentennial Circle
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95826-2701
BRANCH NAME: Small Claims Division

FILED/ENDORSED

SEP 2 5 2018

By K. Leon, Deputy Clerk

PLAINTIFF/PETITIONER: Dominique D. Harris
DEFENDANT/RESPONDENT: Carmazzi Global Solutions

| NOTICE OF INTENT TO APPEAR BY TELEPHONE | CASE NUMBER: 18SC03786 |
|---|---|

1. Party intending to appear by telephone is

   [X] Plaintiff/Petitioner (name): Dominique D. Harris

   [ ] Defendant/Respondent (name):

   [ ] Other (name):

2. The conference, hearing, or proceeding is for (describe):
   To receive unpaid funds for services provided for Carmazzi Global Solutions

   set on (date): 10/25/2018          at (time): 1:30PM          in (department): 86

   before (name of judicial officer, if known):

Date: 09/19/2018

Dominique Harris
_____          ▸ _Dominique Harris_
(TYPE OR PRINT NAME)                          (SIGNATURE)

See Code of Civil Procedure section 367.5 and California Rules of Court, rule 3.670 to determine if a conference, hearing, or proceeding is one generally considered appropriate for telephone appearance. Note that a court may determine on a hearing-by-hearing basis that a personal appearance is required. (Code Civ. Proc., § 367.5(c).)

This form is intended only to provide written notice to a court and parties as provided in rule 3.670(h) of the California Rules of Court. **Check with the court to determine how to make arrangements for telephone services for an appearance either directly with the court or through a court-appointed vendor.**

Read California Rules of Court, rule 3.670(h) to determine when you have to file and serve notice of the intent to appear by telephone. There are  different deadlines depending upon the circumstances:

(1) On a regularly noticed hearing, notice must be given at least two court days before the appearance (Cal. Rules of Court, rule 3.670(h)(1)(B)) or, after receiving notice that another party will be appearing telephonically, by noon on the court day before the appearance (Cal. Rules of Court, rule 3.670(h)(2)).

(2) On an ex parte application, notice must be given by an applicant by 10:00 a.m. two court days before the hearing (Cal. Rules of Court, rule 3.670(h)(3)(B)). Any party other than an applicant may give notice by 2:00 p.m. or the "close of business" (as that term is defined in rule 2.251) whichever is earlier, on the court day before an ex parte appearance. (Cal. Rules of Court, rule 3.670(h)(4).)

Page 1 of 1

# Unpaid Wages

### Documented hearings held for Carmazzi Global Solutions

05/17/2018 -  8:30, 9:30, 10:30, 12:30 and 1:30  Documentation faxed with confirmation $77.00 +78.52 mileage =**$155.52**

05/30/2018 - 9:00, 10:00, 12:00, 1:00 and 2:00 Documentation faxed with confirmation $51.00 + 78.52 mileage = **$129.52**

**Tallahassee, Florida (**Documentation faxed with confirmation)

06/01/2018 - 8:30, 9:30, 10:30, 11:30 and 1:30 **$77.00**
06/04/2018 - 8:30, 9:30, 10:30, 11:30 and 1:30  **$77.00**
06/05/2018 - 8:30, 10:30, 11:30, 1:30, 2:30 and 3:30 **$95.00**
06/06/2018 - 10:00, 11:00, 1:00, 2:00 and 3:00 **$77.00**
06/07/2018 - 8:30, 9:30, 10:30, 1:30, 2:30 and 3:30 **$95.00**
06/11/2018 - 9:30, 10:45, 1:00, 2:15, and 3:30$ **$64.00**
06/12/2018 - 8:30, 9:45, 11:00 and 1:15 **$59.00**
06/13/2018 - 10:00, 11:00, 2:00 and 3:00 **$59.00**
**06/14/2018 - 8:30, 9:30, 11:30, 1:30 AND 2:30 $77.00 plus 40.00 = $117.00**

**Sar far, amount owed for my services = $1005.04**

**06/14/2018 - 8:30, 9:30, 11:30, 1:30 AND 2:30 $77.00 plus 40.00 = $117.00**

**Sar far, amount owed for my services = $1005.04**

**06/19/2018, 8:30, 9;30, 11:30, 1:30, 2:30 and 3:30 $95.00 = 1100.04**

**So far, amount owed for my services = $1100.04**

My emails are not being responded to concerning my pay.  However, I will continue to send a total amount due for services.

**$1100.04 plus**

**06/20/2018, 8:30, 9:15, 10:00, 10:45, 11:30 = $90.00 = 1194.04**

**06/21/2018, 900, 1:00, 2:00, 2:00 = 59.00  =1253. 04**

Greetings, I am sending updated payment for my services.  In this email, I will include 06/22/18 and 06/26/2018.

**06/22/2018, 10:00, 11:00, 1:00, 2:00 and 3:00** = 90.00

**06/26/2018, 9:00, 10:00, 11:00, 1:00, 2:00, 2:05 = 95.00**

**So far, amount owed for my services = 1438.04**

**1438.04  plus**

**06/27/2018, 10:00, 11:00, 1:00 and 3:00 = 90.00**

**The total amount due for my services is = $1,528.04**

**06/28/2016 8:30, 10:30, 11:30, 1:30 and 2:30 = $90.00**

**The total amount due for my services is = $1,618.04**

**06/29/2016 10:00, 11:00, 2:00 and 3:00 = $72.00**

**The total amount due for my services is = $1690.04**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Payment received from Venmo $173.40  on 07/02/2018\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Carmazzi Balance Due = $1516.64**

# Resignation

Dominique Harris
314 Kux Avenue
Tallahassee, Florida  32301
850-559-3250
d.hall098855@gmail.com

July 2, 2018

Carmazzi Global Solutions
**ATTENTION:** ORDER VHR
Tabitha Richard, Special Assistant 1
1026 Florin Road #384
Sacramento, CA  95831

Dear Ms. Richard:

I am writing to announce my resignation from Carmazzi Global Solutions, effective one week from this date.

This was not an easy decision to make. The past last two months have been great working as VHR and assisting Social Security Administration. I've enjoyed working as a contractor while demonstrating and managing my dedicated services.  Please have your accounts payable department issue payment for my services.  As of today, my payroll amount equals a total amount of $1516.04.  I would like to request payment in full at this time.

Thank you for the opportunities for growth utilizing my excellent customer service skills.  I wish you and the company all the best.  For your convenience, I have indicated my contact information to the top of this letter.

Sincerely,

Dominique Harris, VHR

Contractor


/ddh

# Legal Document Assistants

# Paid Invoices

 Gmail

**Dominique Hall <d.hall098855@gmail.com>**

---

## Invoice from Legal Document Assistants (0773)

---

**Legal Document Assistants** <service@paypal.com>
Reply-To: Legal Document Assistants <info@legaldocassistants.com>
To: Dominique Harris <d.hall098855@gmail.com>

Sat, Sep 29, 2018 at 1:32 PM

---

Hello, Dominique Harris



## LDA

# Here's your invoice

Legal Document Assistants sent you an invoice for $57.50 USD

## Due on receipt

View and Pay Invoice

Note from Legal Document Assistants

Thank you for your business.



Help & Contact  |  Security  |  Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing.

Please don't reply to this email. To get in touch with us, click Help & Contact.

Copyright © 1999-2018 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000977:1.7.1:33976e287c4d6

 Gmail

**Dominique Hall <d.hall098855@gmail.com>**

---

**You just sent a payment to Legal Document Assistants for invoice 0782**

---

service@paypal.com <service@paypal.com>
To: Dominique Harris <d.hall098855@gmail.com>

Thu, Oct 4, 2018 at 6:04 PM

October 4, 2018 15:03:52 PDT

Transaction ID:
77E8349357321360P

 **PayPal**

# You just sent a $27.50 USD payment

Hello Dominique Harris,

Thanks for using PayPal. It may take a few moments for this transaction to appear in your account.

View Your Invoice

Invoice #0782

**Payment to:**
Legal Document Assistants
info@legaldocassistants.com

**Shipping address:**

314 Kux Avenue
Tallahassee, FL 32301
United States

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Skip Trace Service<br>1 person | 1 | $27.50 USD | $27.50 USD |

| | |
|---|---|
| Subtotal | $27.50 USD |
| Discount | $0.00 USD |
| **Total** | $27.50 USD |
| **Amount paid** | $27.50 USD |
| **Amount due** | $0.00 USD |

**Payment method**

MASTER_CARD
x-4316                           $27.50 USD

This transaction will appear on your card statement as PAYPAL *LDA.

Help Center | Resolution Center | Security Center

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing.

Please don't reply to this email. To get in touch with us, click Help & Contact.

Copyright © 1999-2018 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000954:1.28.4.8:fdfce0009238c

One payment $173.40

 Gmail

**Dominique Hall <d.hall098855@gmail.com>**

---

# James Carmazzi paid $173.40 to your Venmo balance. Leave it in Venmo or transfer it to your bank account.

**Venmo** <venmo@venmo.com>
Reply-To: Venmo No-reply <no-reply@venmo.com>
To: d.hall098855@gmail.com

Fri, Jun 29, 2018 at 6:04 PM

---

   James Carmazzi paid You

VHR Services
Coverage period: May 10 - May 25

Jun 29, 2018 PDT ·     + $173.40

Like · Comment

Or save your balance for future payments with friends through Venmo!

For any issues, including the recipient not receiving funds, please contact us at support@venmo.com or call 1-855-812-4430.

See our disclosures for more information.

This payment will be reviewed for compliance with our User Agreement and if we determine that there is a violation by either party, it may be reversed or your ability to transfer to your bank account may be restricted.

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses.

PayPal is located at
2211 North First Street, San Jose, CA 95131

For security reasons, you cannot unsubscribe from payment emails.

# Email Communication

 Gmail

**Dominique Hall <d.hall098855@gmail.com>**

---

## REPLY ASAP: Dominique Harris
2 messages

---

**Order VHR** <ordervhr@carmazzi.com>            Tue, Jul 3, 2018 at 10:59 AM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Hi Dominique,

Can you please confirm if you worked:

6/26 with ALJ Heller

6/28 with ALJ Herman

If so, to properly get paid, invoicing department needs the hearing tickets emailed to us immediately otherwise payment for these hearings will be an issue if we don't receive your tickets.

If you did work and do not have a copy of the tickets, please let us know as well.

**Kind Regards,**

**Scheduling Team**   Carmazzi Global Solutions | Voice 888.452.6543 Fax 866.648.3431 | **PLEASE REPLY TO** ordervhr@carmazzi.com

| www.carmazzi.com | GS-10F-0504X | Like our page on Facebook   

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

 Please consider the environment before printing this email.

---

> **From:** Dominique Hall <d.hall098855@gmail.com>
> **Sent:** Monday, July 02, 2018 3:00 PM
> **To:** Order VHR <ordervhr@carmazzi.com>; Accounts Payable <accountspayable@carmazzi.com>
> **Subject:** Re: Dominique Harris

 Gmail

Dominique Hall <d.hall098855@gmail.com>

---

## Dominique Harris
21 messages

---

**Dominique Hall** <d.hall098855@gmail.com>                    Tue, May 8, 2018 at 8:23 PM
To: accountspayable@carmazzi.com

Good afternoon, I am a new employee and I do not have full understanding of form 1099. I filled out the form to the best of my ability but not sure if I completed them correctly. This is all new to me and I need to know about independent contracting.

Do I need to get LLC license or can I individually use my social security number? Your assistance would be greatly appreciated.

Thank you.

---

**Dominique Hall** <d.hall098855@gmail.com>                    Thu, Jun 14, 2018 at 6:09 PM
To: accountspayable@carmazzi.com

Since no one has replied to email from May 8, 2018, I decided to reach out again. I see in documents, it states a 60 days wait for payment. According to schedule:

Since it's a 60 day waiting period for payments, please see the information below for my pay:

**Pay Days: July 20, 2018, August 5, 2018, August 20, 2018, September 5, 2018 and September 20, 2018**

**Panama City, Florida (Documentation faxed with confirmation)**

05/17/2018 - 8:30, 9:30, 10:30, 12:30 and 1:30  Documentation faxed with confirmation  $77.00 +78.52 mileage =**$155.52**
05/30/2018 - 9:00, 10:00, 12:00, 1:00 and 2:00 Documentation faxed with confirmation $51.00 + 78.52 mileage = **$129.52**

**Tallahassee, Florida (Documentation faxed with confirmation)**

06/01/2018 - 8:30, 9:30, 10:30, 11:30 and 1:30 **$77.00**
06/04/2018 - 8:30, 9:30, 10:30, 11:30 and 1:30 **$77.00**
06/05/2018 - 8:30, 10:30, 11:30, 1:30, 2:30 and 3:30 **$95.00**
06/06/2018 - 10:00, 11:00, 1:00, 2:00 and 3:00 **$77.00**
06/07/2018 - 8:30, 9:30, 10:30, 1:30, 2:30 and 3:30 **$95.00**
06/11/2018 - 9:30, 10:45, 1:00, 2:15, and 3:30$ **$64.00**
06/12/2018 - 8:30, 9:45, 11:00 and 1:15 **$59.00**
06/13/2018 - 10:00, 11:00, 2:00 and 3:00 **$59.00**
**06/14/2018 - 8:30, 9:30, 11:30, 1:30 AND 2:30** $77.00

**Sar far, amount owed for my services = $965.04**

**NOTE: I am working the entire month of June, except for June 25, 2018. This is the day I have requested off due to my son's surgery.**

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                    Thu, Jun 14, 2018 at 6:14 PM
To: accountspayable@carmazzi.com

**To:** Order VHR <ordervhr@carmazzi.com>; Accounts Payable <accountspayable@carmazzi.com>
**Subject:** Fwd: Dominique Harris

This is an urgent communication that needs immediate attention, please read attachment and respond promptly. Your cooperation and consideration would be greatly appreciated.

Thank you

---------- Forwarded message ----------
From: **Dominique Hall** <d.hall098855@gmail.com>
Date: Tue, May 8, 2018 at 5:23 PM
Subject: Dominique Harris
To: accountspayable@carmazzi.com

Good afternoon, I am a new employee and I do not have full understanding of form 1099. I filled out the form to the best of my ability but not sure if I completed them correctly. This is all new to me and I need to know about independent contracting.

Do I need to get LLC license or can I individually use my social security number? Your assistance would be greatly appreciated.

Thank you.

---

**Dominique Hall** <d.hall098855@gmail.com>            Tue, Jul 3, 2018 at 11:55 AM
To: Order VHR <ordervhr@carmazzi.com>

Yes I did all information was forward to Matthew. I have confirmation paperwork.
[Quoted text hidden]

**2 attachments**

image002.jpg
1K

image003.jpg
1K

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

 Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 9:18 AM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: Dominique Harris

I need money ASAP, financial hardships I having been working hard for the company.

Emergency!

On Thu, Jun 28, 2018, 10:58 AM Order VHR <ordervhr@carmazzi.com> wrote:

Hello Dominique,

The current amount we have processing is $173.00. Each hearing has to be submitted to SSA for approval and then the records between us and the SSA must be compared and signed off before we can process payment.. that is why payment takes so long.

We can make a one-time exception and venmo that amount due to this being an emergency, however we must stress it is a *one-time exception.* We will also need you to keep that in strict confidence since others will still have to wait the processing period.

Please send your venmo account information.

Regards,

**Della Honore-Duncan** I Regional Administrator I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431
bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

P Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Wednesday, June 27, 2018 3:58 PM

[Quoted text hidden]

**Dominique Hall** <d.hall098855@gmail.com>          Thu, Jun 28, 2018 at 12:18 PM
To: Order VHR <ordervhr@carmazzi.com>

I need money ASAP, financial hardships I having been working hard for the company.

Emergency!
[Quoted text hidden]

 **image001.jpg**
1K

**Order VHR** <ordervhr@carmazzi.com>          Thu, Jun 28, 2018 at 1:09 PM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

I understand. The best we can do right now is the $173.00. Do you have a venmo account? If not please download the ap, set up the account and get us your account information so we can send over the $173.00 as a one-time exception.

Regards,

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 9:18 AM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: Dominique Harris

[Quoted text hidden]

**Dominique Hall** <d.hall098855@gmail.com>          Mon, Jul 2, 2018 at 5:59 PM
To: Order VHR <ordervhr@carmazzi.com>, accountspayable@carmazzi.com

1438.04  plus

06/27/2018, 10:00, 11:00, 1:00 and 3:00 = 90.00

**The total amount due for my services is = $1,528.04**

# CORRECTION

On 06/14/2018, I trained for Carmazzi and was told I would receive an additonal $10.00 for each hearing. Therefore, instead of $77.00, I should receive a total of $117.00 for today. Please make note and make sure I'm paid correctly for my services.

Thank you
[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                    Thu, Jun 14, 2018 at 6:23 PM
To: accountspayable@carmazzi.com

# PLEASE MAKE NOTE

**06/14/2018 - 8:30, 9:30, 11:30, 1:30 AND 2:30 ( Plus training = $117.00)**
[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                    Thu, Jun 14, 2018 at 6:27 PM
To: accountspayable@carmazzi.com

**Panama City, Florida (**Documentation faxed with confirmation**)**

05/17/2018 - 8:30, 9:30, 10:30, 12:30 and 1:30   Documentation faxed with confirmation   $77.00 +78.52 mileage =**$155.52**
05/30/2018 - 9:00, 10:00, 12:00, 1:00 and 2:00 Documentation faxed with confirmation $51.00 + 78.52 mileage = **$129.52**

**Tallahassee, Florida (**Documentation faxed with confirmation**)**

06/01/2018 - 8:30, 9:30, 10:30, 11:30 and 1:30 **$77.00**
06/04/2018 - 8:30, 9:30, 10:30, 11:30 and 1:30 **$77.00**
06/05/2018 - 8:30, 10:30, 11:30, 1:30, 2:30 and 3:30 **$95.00**
06/06/2018 - 10:00, 11:00, 1:00, 2:00 and 3:00 **$77.00**
06/07/2018 - 8:30, 9:30, 10:30, 1:30, 2:30 and 3:30 **$95.00**
06/11/2018 - 9:30, 10:45, 1:00, 2:15, and 3:30$ **$64.00**
06/12/2018 - 8:30, 9:45, 11:00 and 1:15 **$59.00**
06/13/2018 - 10:00, 11:00, 2:00 and 3:00 **$59.00**
**06/14/2018 - 8:30, 9:30, 11:30, 1:30 AND 2:30 $77.00 plus 40.00 = $117.00**

**Sar far, amount owed for my services = $1005.04**

**NOTE: I am working the entire month of June, except for June 25, 2018. This is the day I have requested off due to my son's surgery.**

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                    Fri, Jun 15, 2018 at 4:49 PM
To: accountspayable@carmazzi.com

1438.04  plus

06/27/2018, 10:00, 11:00, 1:00 and 3:00 = 90.00

**The total amount due for my services is = $1,528.04**

06/28/2016 8:30, 10:30, 11:30, 1:30 and 2:30 = $90.00

**The total amount due for my services is = $1,618.04**

06/29/2016 10:00, 11:00, 2:00 and 3:00 = $72.00

**The total amount due for my services is = $1690.04**

************************************Payment received from Venmo $173.40  on 07/02/2018********************
************************

**Carmazzi Balance Due = $1516.64**

On Thu, Jun 28, 2018 at 1:09 PM, Order VHR <ordervhr@carmazzi.com> wrote:

I understand. The best we can do right now is the $173.00. Do you have a venmo account? If not please download the ap, set up the account and get us your account information so we can send over the $173.00 as a one-time exception.

Regards,

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431
bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Wednesday, June 27, 2018 3:58 PM
**To:** Order VHR <ordervhr@carmazzi.com>; Accounts Payable <accountspayable@carmazzi.com>
**Subject:** Fwd: Dominique Harris

[Quoted text hidden]

---

**Order VHR** <ordervhr@carmazzi.com>　　　　　　　　　　　　Thu, Jun 28, 2018 at 10:58 AM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>, Accounts Payable
<accountspayable@carmazzi.com>

Hello Dominique,

The current amount we have processing is $173.00.  Each hearing has to be submitted to SSA for approval and then the records between us and the SSA must be compared and signed off before we can process payment.. that is why payment takes so long.

We can make a one-time exception and venmo that amount due to this being an emergency, however we must stress it is a *one-time exception*.  We will also need you to keep that in strict confidence since others will still have to wait the processing period.

Please send your venmo account information.

Regards,

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

 Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Wednesday, June 27, 2018 3:58 PM
**To:** Order VHR <ordervhr@carmazzi.com>; Accounts Payable <accountspayable@carmazzi.com>
**Subject:** Fwd: Dominique Harris

This is an urgent communication that needs immediate attention, please read attachment and respond promptly.  Your cooperation and consideration would be greatly appreciated.

Thank you

Good afternoon, I have tried reaching out to this email several times and no one has replied.  Please reply to my email concerning upcoming pay.  I need confirmation that my emails are received.

Thank you

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                                                    Tue, Jun 19, 2018 at 7:07 PM
To: accountspayable@carmazzi.com

06/14/2018 - 8:30, 9:30, 11:30, 1:30 AND 2:30 $77.00 plus 40.00 = $117.00

Sar far, amount owed for my services = $1005.04

06/19/2018, 8:30, 9;30, 11:30, 1:30, 2:30 and 3:30 $95.00 = 1100.04

So far, amount owed for my services = $1100.04

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                                                    Mon, Jun 25, 2018 at 11:03 PM
To: accountspayable@carmazzi.com

My emails are not being responded to concerning my pay.  However, I will continue to send a total amount due for services.

$1100.04 plus

06/20/2018, 8:30, 9:15, 10:00, 10:45, 11:30 = $90.00 = 1194.04

06/21/2018, 900, 1:00, 2:00, 2:00 = 59.00  =1253. 04

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                                                    Tue, Jun 26, 2018 at 10:30 PM
To: accountspayable@carmazzi.com

Greetings, I am sending updated payment for my services.  In this email, I will include 06/22/18 and 06/26/2018.

06/22/2018, 10:00, 11:00, 1:00, 2:00 and 3:00 = 90.00

06/26/2018, 9:00, 10:00, 11:00, 1:00, 2:00, 2:05 = 95.00

So far, amount owed for my services = 1438.04

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                                                    Wed, Jun 27, 2018 at 5:33 PM
To: accountspayable@carmazzi.com

1438.04  plus

06/27/2018, 10:00, 11:00, 1:00 and 3:00 = 90.00

The total amount due for my services is = $1,528.04

[Quoted text hidden]

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Monday, July 02, 2018 5:19 PM
**To:** Order VHR <ordervhr@carmazzi.com>; Accounts Payable <accountspayable@carmazzi.com>
**Subject:** Re: Dominique Harris

[Quoted text hidden]


[Quoted text hidden]

[Quoted text hidden]


[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

P Please consider the environment before printing this email.


**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Wednesday, June 27, 2018 3:58 PM
**To:** Order VHR <ordervhr@carmazzi.com>; Accounts Payable <accountspayable@carmazzi.com>
**Subject:** Fwd: Dominique Harris



This is an urgent communication that needs immediate attention, please read attachment and respond promptly.  Your cooperation and consideration would be greatly appreciated.


Thank you




---------- Forwarded message ----------
**From:** **Dominique Hall** <d.hall098855@gmail.com>
Date: Tue, May 8, 2018 at 5:23 PM
Subject: Dominique Harris
To: accountspayable@carmazzi.com

**06/28/2016 8:30, 10:30, 11:30, 1:30 and 2:30 = $90.00**

**The total amount due for my services is = $1,618.04**

**06/29/2016 10:00, 11:00, 2:00 and 3:00 = $72.00**

**The total amount due for my services is = $1690.04**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Payment received from Venmo $173.40  on 07/02/2018\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Carmazzi Balance Due = $1516.64**

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                                                    Mon, Jul 2, 2018 at 8:19 PM
To: Order VHR <ordervhr@carmazzi.com>, accountspayable@carmazzi.com

Please find attached, my resignation letter with Carmazzi Global Solutions.
[Quoted text hidden]

 **Resignation Letter.docx**
13K

---

**Order VHR** <ordervhr@carmazzi.com>                                                    Tue, Jul 3, 2018 at 2:57 PM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Received, thank you for letting us know, and we wish you all the best.

Please be sure to return your badge to the SSA.

**Kind Regards,**

**Tabitha Richard** I Special Assistant I **Carmazzi Global Solutions** I Voice 888.452.6543 Fax 866.648.3431 I  PLEASE REPLY TO
ordervhr@carmazzi.com

I www.carmazzi.com I GS-10F-0504X I Like our page on Facebook   

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We
operate on Green policies, and therefore accept all documents electronically.  Please contact your account
representative if a physical address is needed.

 Please consider the environment before printing this email.

Good afternoon, I am a new employee and I do not have full understanding of form 1099. I filled out the form to the best of my ability but not sure if I completed them correctly. This is all new to me and I need to know about independent contracting.


Do I need to get LLC license or can I individually use my social security number? Your assistance would be greatly appreciated.


Thank you.

 **Gmail**

Dominique Hall <d.hall098855@gmail.com>

---

## NEED AUGUST Availability Today ASAP- Tallahassee
2 messages

---

**Order VHR** <ordervhr@carmazzi.com>          Mon, Jul 2, 2018 at 9:56 AM
To: Order VHR <ordervhr@carmazzi.com>

Hello,


Please send me your August availability ASAP by 12pm ET so you won't be left out on the August schedule. Thank you!


**Kind Regards,**

**Tabitha Richard** | Special Assistant | **Carmazzi Global Solutions** | Voice 888.452.6543 Fax 866.648.3431 | **PLEASE REPLY TO** ordervhr@carmazzi.com

| www.carmazzi.com | GS-10F-0504X | Like our page on Facebook 

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

 Please consider the environment before printing this email.

---

**Dominique Hall** <d.hall098855@gmail.com>          Mon, Jul 2, 2018 at 5:08 PM
To: Order VHR <ordervhr@carmazzi.com>

Unfortunately, I am unavailable to work on the schedule for the month of August. Thank you.
[Quoted text hidden]

 Gmail

Dominique Hall <d.hall098855@gmail.com>

---

## [Venmo] Your bank account has been added
11 messages

---

**Venmo** <venmo@venmo.com>                                      Thu, Jun 28, 2018 at 4:06 PM
Reply-To: support@venmo.com
To: d.hall098855@gmail.com

## Sunshine Community Bank
····5253

In order to do this, we already issued two small
deposits and two withdrawals of the same
amount to your bank. Check your Sunshine
Community Bank statement in 1-3 business
days, then go to https://venmo.com/verifybank
to verify the amounts.

Add an additional layer of security to your
Venmo account by setting up a PIN code in our
mobile app. Learn more

PayPal is located at
2211 North First Street, San Jose, CA 95131

---

**Dominique Hall** <d.hall098855@gmail.com>                     Thu, Jun 28, 2018 at 4:17 PM
To: ordervhr@carmazzi.com

Here is the sign up email. I will verify account tomorrow.
[Quoted text hidden]

---

**Order VHR** <ordervhr@carmazzi.com>                           Thu, Jun 28, 2018 at 4:19 PM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Thank you, I assume you used this email address to sign up? May we please have your username so we make sure to
send it to the correct place?

Della Honore-Duncan I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-
duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We
operate on Green policies, and therefore accept all documents electronically.  Please contact your account
representative if a physical address is needed.

Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 1:17 PM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: [Venmo] Your bank account has been added

[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>
To: Order VHR <ordervhr@carmazzi.com>

Thu, Jun 28, 2018 at 4:46 PM

I did not use Carmazzi email address, I use my own

d.hall098855@gmail.com

USERNAME: www.venmo.com/Dominique-Harris-21062

[Quoted text hidden]

---

**Order VHR** <ordervhr@carmazzi.com>
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Thu, Jun 28, 2018 at 5:31 PM

Right, the email address you are using to communicate with us now. Just making sure ☺


I will send to accounting. Thanks!


**Della Honore-Duncan** | Regional Administrator | **Carmazzi Global Solutions** | Voice 888.452.6543 x516 | Fax 866.648.3431 bhonore-duncan@carmazzi.com | www.carmazzi.com | Like our page on Facebook 

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

🌲 Please consider the environment before printing this email.



**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 1:46 PM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: [Venmo] Your bank account has been added


I did not use Carmazzi email address, I use my own


d.hall098855@gmail.com


USERNAME: www.venmo.com/Dominique-Harris-21062

On Thu, Jun 28, 2018 at 4:19 PM, Order VHR <ordervhr@carmazzi.com> wrote:

Thank you, I assume you used this email address to sign up? May we please have your username so we make sure to send it to the correct place?

**Della Honore-Duncan** I Regional Administrator I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431
bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook 

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

🌲 Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 1:17 PM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: [Venmo] Your bank account has been added

Here is the sign up email. I will verify account tomorrow.

On Thu, Jun 28, 2018, 4:06 PM Venmo <venmo@venmo.com> wrote:

## Sunshine Community Bank

     In order to do this, we already issued two small deposits and two withdrawals of the same amount to your
···· 5253 bank. Check your Sunshine Community Bank statement in 1-3 business days, then go to
https://venmo.com/verifybank to verify the amounts.

Add an additional layer of security to your Venmo account by setting up a PIN code in our mobile app. Learn more

PayPal is located at
2211 North First Street, San Jose, CA 95131

---

**Dominique Hall** <d.hall098855@gmail.com>                                    Thu, Jun 28, 2018 at 5:34 PM
To: Order VHR <ordervhr@carmazzi.com>

Ok, thanks, it just said bank account added.
[Quoted text hidden]

---

**Dominique Hall** <d.hall098855@gmail.com>                                    Fri, Jun 29, 2018 at 12:09 PM
To: Order VHR <ordervhr@carmazzi.com>

My account has been verified and need you make deposit immediately. I have to paid utilities before 5:00pm. Thank you
[Quoted text hidden]

**2 attachments**

image001.jpg
1K

image001.jpg
1K

---

**Dominique Hall** <d.hall098855@gmail.com>                    Fri, Jun 29, 2018 at 1:58 PM
To: Order VHR <ordervhr@carmazzi.com>

I repeat, need funds deposited immediately into account.
[Quoted text hidden]

---

**Order VHR** <ordervhr@carmazzi.com>                    Fri, Jun 29, 2018 at 2:28 PM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Hello Dominique,


I have reached out to accounting. I will update you as soon as I have an update.


Regards,


**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I  Like our page on Facebook

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

Please consider the environment before printing this email.


**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Friday, June 29, 2018 9:10 AM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

  [Quoted text hidden]


    [Quoted text hidden]

      [Quoted text hidden]


      [Quoted text hidden]
        [Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

## Sunshine Community Bank

In order to do this, we already issued two small deposits and two withdrawals of the same amount to
· · · · 5253 your bank. Check your Sunshine Community Bank statement in 1-3 business days, then go to
https://venmo.com/verifybank to verify the amounts.

Add an additional layer of security to your Venmo account by setting up a PIN code in our mobile app. Learn more

PayPal is located at
2211 North First Street, San Jose, CA 95131

---

**Dominique Hall** <d.hall098855@gmail.com>                    Fri, Jun 29, 2018 at 6:03 PM
To: Order VHR <ordervhr@carmazzi.com>

Due as of 06/28/2018 $1528.04

As of today $1600.04
10:00, 11:00, 2:00 and 3:00 = 72.00

Grand total = $1600.04
[Quoted text hidden]

**2 attachments**

image001.jpg
1K

~WRD000.jpg
1K

---

**Order VHR** <ordervhr@carmazzi.com>                    Mon, Jul 2, 2018 at 10:18 AM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Hello Dominique,

As I explained before there is a processing protocol we are contractually obligated to follow. We were able to make
the one-time exception for the amount already processed but are not able to accelerate your entire pay at this time.
Your other pay will be sent according to the attached pay schedule.

Regards,

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook   

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

Please consider the environment before printing this email.


**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Friday, June 29, 2018 3:04 PM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: [Venmo] Your bank account has been added


Due as of 06/28/2018 $1528.04


As of today $1600.04

10:00, 11:00, 2:00 and 3:00 = 72.00


Grand total = $1600.04


On Fri, Jun 29, 2018, 2:28 PM Order VHR <ordervhr@carmazzi.com> wrote:

> Hello Dominique,
>
>
> I have reached out to accounting. I will update you as soon as I have an update.
>
>
> Regards,
>
>
> **Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431
> bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook    facebook
>
> Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.
>
> Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Friday, June 29, 2018 9:10 AM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: [Venmo] Your bank account has been added

My account has been verified and need you make deposit immediately. I have to paid utilities before 5:00pm. Thank you

On Thu, Jun 28, 2018, 5:34 PM Dominique Hall <d.hall098855@gmail.com> wrote:

Ok, thanks, it just said bank account added.

On Thu, Jun 28, 2018 at 5:31 PM, Order VHR <ordervhr@carmazzi.com> wrote:

Right, the email address you are using to communicate with us now. Just making sure ☺

I will send to accounting. Thanks!

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431
bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

P Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 1:46 PM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Re: [Venmo] Your bank account has been added

I did not use Carmazzi email address, I use my own

**d.hall098855@gmail.com**

**USERNAME:** www.venmo.com/Dominique-Harris-21062

On Thu, Jun 28, 2018 at 4:19 PM, Order VHR <ordervhr@carmazzi.com> wrote:

Thank you, I assume you used this email address to sign up? May we please have your username so we make sure to send it to the correct place?

**Della Honore-Duncan** I Regional Administrator   I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I **Like our page on Facebook**

Carmazzi Global Solutions is a virtual company. Company Headquarters are based out of Sacramento, California. We operate on Green policies, and therefore accept all documents electronically. Please contact your account representative if a physical address is needed.

 Please consider the environment before printing this email.

From: Dominique Hall <d.hall098855@gmail.com>
Sent: Thursday, June 28, 2018 1:17 PM
To: Order VHR <ordervhr@carmazzi.com>
Subject: Re: [Venmo] Your bank account has been added

Here is the sign up email. I will verify account tomorrow.

On Thu, Jun 28, 2018, 4:06 PM Venmo <venmo@venmo.com> wrote:

Image removed by sender. venmo

# Sunshine Community Bank

····5253    In order to do this, we already issued two small deposits and two withdrawals of the same amount to your bank. Check your Sunshine Community Bank statement in 1-3 business days, then go to https://venmo.com/verifybank to verify the amounts.

Add an additional layer of security to your Venmo account by setting up a PIN code in our mobile app. Learn more

PayPal is located at
2211 North First Street, San Jose, CA 95131

📄 **VHR Pay Schedule.pdf**
254K

**Dominique Hall** <d.hall098855@gmail.com>              Wed, Jun 27, 2018 at 6:57 PM
To: Order VHR <ordervhr@carmazzi.com>, accountspayable@carmazzi.com

This is an urgent communication that needs immediate attention, please read attachment and respond promptly. Your cooperation and consideration would be greatly appreciated.

Thank you

[Quoted text hidden]

 **Payroll Check.docx**
13K

---

**Dominique Hall** <d.hall098855@gmail.com>             Thu, Jun 28, 2018 at 10:00 AM
To: ordervhr@carmazzi.com

Urgent request, overnight pay by FEDEX.

---------- Forwarded message ---------
From: Dominique Hall <d.hall098855@gmail.com>
Date: Tue, May 8, 2018, 8:23 PM
Subject: Dominique Harris
To: <accountspayable@carmazzi.com>

Good afternoon, I am a new employee and I do not have full understanding of form 1099. I filled out the form to the best of my ability but not sure if I completed them correctly. This is all new to me and I need to know about independent contracting.

Do I need to get LLC license or can I individually use my social security number? Your assistance would be greatly appreciated.

Thank you.

---

**Dominique Hall** <d.hall098855@gmail.com>             Thu, Jun 28, 2018 at 10:01 AM
To: ordervhr@carmazzi.com

Again, urgent request!

---------- Forwarded message ---------
From: Dominique Hall <d.hall098855@gmail.com>
Date: Tue, May 8, 2018, 8:23 PM
Subject: Dominique Harris
To: <accountspayable@carmazzi.com>

Good afternoon, I am a new employee and I do not have full understanding of form 1099. I filled out the form to the best of my ability but not sure if I completed them correctly. This is all new to me and I need to know about independent contracting.

Do I need to get LLC license or can I individually use my social security number? Your assistance would be greatly appreciated.

Thank you.

---

**Order VHR** <ordervhr@carmazzi.com>                    Thu, Jun 28, 2018 at 10:17 AM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>

Hello Dominique,

I have attached the VHR pay schedule. I show your first docket worked was 5/17. Per the agreed upon pay schedule your check would be mailed July 20th. Were there earlier dockets you worked that I am missing?

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook 

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

Please consider the environment before printing this email.

**From:** Dominique Hall <d.hall098855@gmail.com>
**Sent:** Thursday, June 28, 2018 7:00 AM
**To:** Order VHR <ordervhr@carmazzi.com>
**Subject:** Fwd: Dominique Harris

[Quoted text hidden]

---

📄 **VHR Pay Schedule.pdf**
254K

---

**Order VHR** <ordervhr@carmazzi.com>                    Thu, Jun 28, 2018 at 10:29 AM
To: Dominique Hall <d.hall098855@gmail.com>, Order VHR <ordervhr@carmazzi.com>, Accounts Payable <accountspayable@carmazzi.com>

Received and escalated. I will reach out when I have more information. Please disregard my other email- I had not yet seen this one when I replied.

**Della Honore-Duncan** I Regional Administrator  I **Carmazzi Global Solutions** I Voice 888.452.6543 x516 I Fax 866.648.3431 bhonore-duncan@carmazzi.com I www.carmazzi.com I Like our page on Facebook 

Carmazzi Global Solutions is a virtual company.  Company Headquarters are based out of Sacramento, California.  We operate on Green policies, and therefore accept all documents electronically.  Please contact your account representative if a physical address is needed.

Please consider the environment before printing this email.

5/16/2018                                   Gmail - May Panama City Work Order - Dominique

 **Gmail**                                   Dominique Hall <d.hall098855@gmail.com>

## May Panama City Work Order - Dominique
6 messages

**Order VHR** <ordervhr@carmazzi.com>                          Tue, May 8, 2018 at 7:39 PM
To: Dominique Hall <d.hall098855@gmail.com>
Cc: Order VHR <ordervhr@carmazzi.com>

Greetings ,

Thank you for doing business with Carmazzi Global Solutions!

This Work Order confirms your prior acceptance of the VHR services requested by the CGS Client, US Social Security Administration.

The emailing of this Work Order is confirmation of verbal mutual consent to certain services between CGS and yourself as a VHR Contractor. This work order is deemed a "signed" agreement unless you reply to modify the terms within twenty-four (24) hours of CGS sending this email. If you find any discrepancies in the details below and your understanding, please contact CGS immediately so we may reconcile such issues. We are very excited to partner with you so you may perform such services. We strive to always improve our services for you, so any feedback you can provide is greatly appreciated.

You are **currently scheduled** to provide VHR services on the following day(s):

| **Hearing Date(s):**<br><br>**Arrival Time: 30 minutes prior to 1st hearing** | **5/17** ALJ Heller  Rm 1<br><br>8:30; 9:30; 10:30; 12:30; 1:30<br><br><br>**5/30** ALJ Dixon  Rm 2<br><br>9am; 10am; 12pm; 1pm; 2pm |
|---|---|
| **Hearing Location:** | **Panama City (PRS)**<br><br>**3217 Hwy 77,**<br><br>**Panama City, FL 32405** |
| **Hearing Rate:** | **$18 per successfully completed hearing.  New testimony must be recorded.**<br><br>**$5 rate per hearing or per day as outlined by SSA late cancellation rates.** |