# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DOMINIQUE DELEANO HARRIS,

    Plaintiff,

v.                      Case No. 4:19cv320-MW/CAS

CARMAZZI GLOBAL SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISSED without prejudice** for lack of subject matter jurisdiction." The Clerk shall also close the file.

**SO ORDERED** on November 5, 2019.

                                             **s/ MARK E. WALKER**
                                             **Chief United States District Judge**